1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL W. SCHLAICK,

11            Plaintiff,                    No. CIV S-04-0275 MCE GGH P

12        vs.

13   WARDEN TOM CAREY, et al.,

14            Defendants.              ORDER

15   _____/

16            On July 6, 2005, defendant Dickinson filed a request to extend the motion cut-off

17   date from July 22, 2006, to September 21, 2005.  Good cause appearing, this request is granted.

18            Accordingly, IT IS HEREBY ORDERED that:

19            1. Defendant Dickenson's July 6, 2005, request to extend the motion cut-off date

20   is granted;

21            2.  The motion cut-off date of July 22, 2005, is vacated and re-set for September

22   21, 2005; no further extensions of time will be granted to any party as to this date; the pretrial

23   /////

24   /////

25   /////

26   /////

                                    1

1   conference set for November 4, 2005, is vacated; the jury trial set for January 11, 2006, before

2   Judge England is vacated; these dates will be re-set following resolution of any summary

3   judgment motions, if appropriate.

4   DATED: 7/19/05

5

6                                              /s/ Gregory G. Hollows

7                                              _____
    sch275.eot                                 GREGORY G. HOLLOWS
8                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2