IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL W. SCHLAICK,

      Plaintiff,                      No. CIV S-04-0275 MCE GGH P

   vs.

WARDEN TOM CAREY, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Pending before the court are defendants' October 26, 2005, requests to be relieved from filing pretrial statements. The pretrial conference is set for November 4, 2005. The jury trial is set for January 11, 2006, before the Honorable Morrison C. England. Pending before the court are defendants' summary judgment motions filed September 8, 2005, and September 21, 2005. Because it is unlikely that these motions will be resolved prior to the pretrial conference and jury trial, these dates are vacated.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' requests to be relieved from filing pretrial statements filed October 26, 2005, are granted;

/////

/////

1

2. The pretrial conference set for November 4, 2005, and jury trial set for January 11, 2006, before the Honorable Morrison C. England are vacated; these dates will be re-set if appropriate.

DATED: 11/01/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
sch275.vac